[No. 41576-3-II.  Division Two.  August 8, 2012.]

MARILYN R. GUNTHER, *Appellant*, v. THE STATE OF WASHINGTON ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 09-2-00388-1, Craddock D. Verser, J., entered November 5, 2010. *Reversed* and *remanded* by unpublished opinion per Van Deren, J., concurred in by Worswick, C.J.; Armstrong, J., dissenting.

[No. 41634-4-II.  Division Two.  August 8, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. STEVEN GUY WELTY, *Appellant*.

Appeal from a judgment of the Superior Court for Clallam County, No. 10-1-00332-0, S. Brooke Taylor, J., entered November 16, 2010. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Van Deren, J., concurred in by Quinn-Brintnall and Penoyar, JJ.

[No. 41699-9-II.  Division Two.  August 8, 2012.]

THE STATE OF WASHINGTON, *Respondent*, v. CHEYENNE HESS, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-01020-1, James J. Stonier and Jill M. Johanson, JJ., entered January 4, 2011. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Van Deren and Penoyar, JJ.

[No. 42587-4-II.  Division Two.  August 8, 2012.]

LILY A. BANKS ET AL., *Appellants*, v. THE CITY OF OCEAN SHORES, *Respondent*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 03-2-01811-9, Carol Murphy, J. Pro Tem., entered November 3, 2010. *Affirmed* by unpublished opinion per Johanson, J., concurred in by Worswick, C.J., and Van Deren, J.